UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.                                               Case No. 4:21–cr–20234–SDD–CI
                                                     Hon. Stephanie Dawkins Davis

Brandon Marcus Kain,

                    Defendant(s),

_____

## NOTICE OF TELEPHONIC CONFERENCE

    PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Stephanie Dawkins Davis as follows:

    Plaintiff(s) attorneys are hereby notified to participate as well as the defense attorney(s) for:  Brandon Marcus Kain

- STATUS CONFERENCE:  January 5, 2022 at 11:00 AM

    The conference shall be initiated by the Court.

    If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

    **ADDITIONAL INFORMATION:**   *Attorneys Only. Please call 8773361280 and use Access Code 5174137 to join the conference call.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/T. Hallwood
                                                   Case Manager

Dated:   December 21, 2021